UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6598

CHARLES D. MAURER SIMP PROFIT SHARING PLAN,

Plaintiff,

-v-

SEMGROUP ENERGY PARNTERS, L.P., et al.

Defendant.

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff Charles D. Maurer Profit Sharing Plan    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 7/24/2008

Signature of Attorney

Attorney Bar Code: RF 2373

Form Rule7_1.pdf  SDNY Web 10/2007