Wolf Popper

Charles Maurer

Semgroup Energy Partners

# PROOF OF SERVICE

Origin / ~~County~~ U.S. District Court   State NY   Federal Southern Dist.   Case # 08 CV 6598

**Documents Served:** I, being duly sworn, certify that I received the foregoing, to wit on _____

- [X] Summons w/ Petition or Complaint
- [ ] Amended Petition / Complaint
- [ ] Small Claims Affidavit / Money Judgement
- [ ] Small Claims Replevin
- [ ] Hearing on Assets
- [ ] Citation for Contempt
- [ ] Witness Fee
- [ ] Other
- [ ] Garnishment
- [ ] Subpoena Duces Tecum
- [ ] Deposition Subpoena
- [ ] Fees / Subpoena
- [ ] Notice to take Deposition
- [ ] Notice
- [ ] Petition / Guardianship
- [ ] Motion to Modify
- [ ] Motion for Leave / To Vacate / Enter
- [ ] Motion / Summary Judgement
- [ ] Motion / Deficiency Judgement
- [ ] Request for Admissions
- [ ] Request for Production
- [ ] Replevin Notice / Order
- [ ] Interrogatories
- [ ] Journal Entry / Answer
- [ ] Cross / Counter Claim
- [ ] Writ / Habeas Corpus
- [ ] Letter / Notice to Quit
- [ ] Application / Temporary Order
- [ ] Order for Hearing

**Method of Service:** Service made pursuant to: [X] Oklahoma /Title 12 O.S. Section 158.1   [ ] Federal Rule 4 Other _____

(A) That on 8-5-08 at 2:00 am (pm) I served the above indicated document(s) on the within named Semgroup Energy Partners LP at 6120 S. Yale Ave - Two Warren Pl Str 700 Tulsa OK

(B) Additionally, on _____ at _____ am. pm., I served the document(s) indicated on the within named _____ at _____

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**Personal Service**
_____ by delivering a true copy of said process to the above named and informing such person of their contents.

**Usual Place of Residence**
_____ by leaving a copy of said process for the above named with _____
a resident / family member, who is fifteen years of age or older, at the above listed address which is the usual place of residence of the above named entity / individual, and informing such person of their contents.

**Corporation / Partnership / Unincorporated Association / Government Entities, Etc.**
[X] by delivering a copy of said process to Alex Stallings
he / she being the service agent authorized to accept service, managing agent in charge, an officer, a partner, owner, or the Attorney of record for the above named entity / individual, and informing such person of their contents.

**Posted Service**
_____ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**No Service / Not Found**
_____ Said process WAS NOT SERVED on the above named for reasons stated: _____ Evading Service, _____ Property Vacant,
_____ Bad address / No such address, _____ Service Canceled _____ Other _____

**Other Information:** _____

Subscribed and shown to before me this
6 day of Aug 2008
S. Houdon 3009471 6/30/11
Notary Public / Court Clerk   Comm. Exp.

Undersigned declares under penalty of perjury that the forgoing is true and correct.
Server _____ Date 8-6-08 PSL# 2008-1

CASE # _____   Statement of Fees
Process Fee: $_____   Bad Address / Endeavor: $_____
Rush Fee: $_____   Skip / Locate / Research: $_____   Total $_____
Priority Fee: $_____   Mileage _____ $_____
Additionals: $_____   Filing Fee: $_____
Hourly: $_____   Other: $_____

E2W
Private Process Service
**State of Oklahoma**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CHARLES D. MAURER SIMP Profit Sharing Plan F/B/O CHARLES D. MAURER, on Behalf on Itself and All Others Similarly Situated

V.

Semgroup Energy Partners, L.P., Semgroup Energy Partners G.P.LLC, Kevin L. Foxx, Gregory C. Wallace, Alex Stallings, Citigroup Global Market Inc., and Lehman Brothers Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6598

TO: (Name and address of Defendant)

See attached list

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 24 2008

CLERK                                                  DATE

(By) DEPUTY CLERK