# PROOF OF SERVICE

Origin / ~~County~~ U.S. District Court   State NY   Federal Souther Dist   Case # 08 CV 6598

---

**Documents Served:** I, being duly sworn, certify that I received the foregoing, to wit on _____

- [X] Summons w/ Petition or Complaint
- [ ] Garnishment
- [ ] Motion to Modify
- [ ] Interrogatories
- [ ] Amended Petition / Complaint
- [ ] Subpoena Duces Tecum
- [ ] Motion for Leave / To Vacate / Enter
- [ ] Journal Entry / Answer
- [ ] Small Claims Affidavit / Money Judgement
- [ ] Deposition Subpoena
- [ ] Motion / Summary Judgement
- [ ] Cross / Counter Claim
- [ ] Small Claims Replevin
- [ ] Fees/ Subpoena
- [ ] Motion / Deficiency Judgement
- [ ] Writ / Habeas Corpus
- [ ] Hearing on Assets
- [ ] Notice to take Deposition
- [ ] Request for Admissions
- [ ] Letter / Notice to Quit
- [ ] Citation for Comtempt
- [ ] Notice
- [ ] Request for Production
- [ ] Application / Temporary Order
- [ ] Witness Fee
- [ ] Petition / Guardianship
- [ ] Replevin Notice / Order
- [ ] Order for Hearing
- [ ] Other

---

**Method of Service:** Service made pursuant to: [X] Oklahoma /Title 12 O.S. Section 158.1   [ ] Federal Rule 4 Other ____

(A) That on 8-5-08 at 2:00 am/(pm), I served the above indicated document(s) on the within named Semgroup Energy Partners G.P. LLC @ 6120 S. Yale Ave - Two Warren Pl. STE 700 Tulsa, OK

(B) Additionally, on _____ at _____ am. pm., I served the document(s) indicated on the within named _____ at _____

---

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**Personal Service**
____ by delivering a true copy of said process to the above named and informing such person of their contents.

**Usual Place of Residence**
____ by leaving a copy of said process for the above named with _____ a resident / family member, who is fifteen years of age or older, at the above listed address which is the usual place of residence of the above named entity / individual, and informing such person of their contents.

**Corporation / Partnership / Unincorporated Association / Government Entities, Etc.**
A by delivering a copy of said process to Alex Stallings
he / she being the service agent authorized to accept service, managing agent in charge, an officer, a partner, owner, or the Attorney of record for the above named entity / individual, and informing such person of their contents.

**Posted Service**
____ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**No Service / Not Found**
____ Said process WAS NOT SERVED on the above named for reasons stated: ____ Evading Service, ____ Property Vacant, ____ Bad address / No such address, ____ Service Canceled ____ Other _____

**Other Information:** _____

---

Subscribed and shown to before me this
6 day of Aug 2008
S. Borden 309411 6/30/11
Notary Public / Court Clerk   Comm. Exp.

Undersigned declares under penalty of perjury that the forgoing is true and correct.

Server _____ Date 8-6-08 PSL# 2008-1

---

CASE # _____        Statement of Fees
Process Fee: $_____         Bad Address / Endeavor: $_____
Rush Fee: $_____            Skip / Locate / Research: $_____   Total $_____
Priority Fee: $_____        Mileage _____
Additionals: $_____         Filing Fee: $_____
Hourly: $_____              Other: $_____

E2W
Private Process Service
State of Oklahoma

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CHARLES D. MAURER SIMP Profit Sharing Plan F/B/O CHARLES D. MAURER, on Behalf on Itself and All Others Similarly Situated
V.
Semgroup Energy Partners, L.P., Semgroup Energy Partners G.P.LLC, Kevin L. Foxx, Gregory C. Wallace, Alex Stallings, Citigroup Global Market Inc., and Lehman Brothers Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 6598

TO: (Name and address of Defendant)

See attached list

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                              DATE

_Catherine Lapsley_

(By) DEPUTY CLERK