Wolf Popper *handwritten* Maurer

US

Samgroup Energy Partners

# PROOF OF SERVICE

Origin / ~~County~~ U.S. District Court  State NY  Federal Southern Dist.  Case # 08 CV 6598

---

**Documents Served:** I, being duly sworn, certify that I received the foregoing, to wit on _____

| | | | |
|---|---|---|---|
| X Summons w/ Petition or Complaint | ___Garnishment | ___Motion to Modify | ___Interrogatories |
| ___Amended Petition / Complaint | ___Subpoena Duces Tecum | ___Motion for Leave / To Vacate / Enter | ___Journal Entry / Answer |
| ___Small Claims Affidavit / Money Judgement | ___Deposition Subpoena | ___Motion / Summary Judgement | ___Cross / Counter Claim |
| ___Small Claims Replevin | ___Fees/ Subpoena | ___Motion / Deficiency Judgement | ___Writ / Habeas Corpus |
| ___Hearing on Assets | ___Notice to take Deposition | ___Request for Admissions | ___Letter / Notice to Quit |
| ___Citation for Comtempt | ___Notice | ___Request for Production | ___Application / Temporary Order |
| ___Witness Fee | ___Petition / Guardianship | ___Replevin Notice / Order | ___Order for Hearing |
| ___Other | | | |

---

**Method of Service:** Service made pursuant to: X Oklahoma /Title 12 O.S. Section 158.1 ___Federal Rule 4 Other_____

(A) That on 8-5-08 at 2:00 am (pm.) I served the above indicated document (s) on the within named_____

Kevin L. Foxx at 6120 S. Yale Ave. Two Warren Pl STR 700 Tulsa, OK

(B) Additionally, on _____ at _____ am. pm., I served the document (s) indicated on the within named_____
_____ at _____

---

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**Personal Service**
A  C/O Samgroup Energy Partners - Legal Dept. - Ellen Boothe
_ by delivering a true copy of said process to the above named and informing such person of their contents.

**Usual Place of Residence**
___ by leaving a copy of said process for the above named with _____
a resident / family member, who is fifteen years of age or older, at the above listed address which is the usual place of residence of the
above named entity / individual, and informing such person of their contents.

**Corporation / Partnership / Unincorporated Association / Government Entities, Etc.**
___ by delivering a copy of said process to_____
he / she being the service agent authorized to accept service, managing agent in charge, an officer, a partner, owner, or the Attorney of
record for the above named entity / individual, and informing such person of their contents.

**Posted Service**
___ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**No Service / Not Found**
___ Said process WAS NOT SERVED on the above named for reasons stated: ___ Evading Service, ___ Property Vacant,
___ Bad address / No such address, ___ Service Canceled ___ Other_____

**Other Information:** _____
_____
_____

---

| Subscribed and shown to before me this | Undersigned declares under penalty of perjury |
|---|---|
| 6 day of Aug 20 08 | that the forgoing is true and correct. |
| S. Gordon 308947 6/30/11 | |
| Notary Public / Court Clerk  Comm. Exp. | Serve _signature_ Date 8-6-08 PSL # ~~2006-2~~ 2008-1 |

---

| CASE #_____ | Statement of Fees | |
|---|---|---|
| Process Fee: $_____ | Bad Address / Endeavor: $_____ | |
| Rush Fee: $_____ | Skip / Locate / Research: $_____ | Total $_____ |
| Priority Fee: $_____ | Mileage _____ $_____ | |
| Additionals: $_____ | Filing Fee: _____ $_____ | |
| Hourly: $_____ | Other: _____ $_____ | |

E2W
Private Process Service
State of Oklahoma

®AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CHARLES D. MAURER SIMP Profit Sharing
Plan F/B/O CHARLES D. MAURER, on Behalf on
Itself and All Others Similarly Situated

V.

Semgroup Energy Partners, L.P.,Semgroup
Energy Partners G.P.LLC,Kevin L.Foxx,Gregory
C.Wallace,Alex Stallings,Citigroup Global Market
Inc., and Lehman Brothers Inc.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08.CV  6598

TO: (Name and address of Defendant)

See attached list

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

| CLERK |  | DATE |

(By) DEPUTY CLERK