*Wolf Popper* — *Charles D Maurer vs Sungroup Energy Partners*

# PROOF OF SERVICE

Origin / ~~County~~ U.S. District Court  State NY  Federal Southern Dist.  Case # 08 CU 6598

**Documents Served:** I, being duly sworn, certify that I received the foregoing, to wit on _____

- X Summons w/ Petition or Complaint
- ___ Amended Petition / Complaint
- ___ Small Claims Affidavit / Money Judgement
- ___ Small Claims Replevin
- ___ Hearing on Assets
- ___ Citation for Comtempt
- ___ Witness Fee
- ___ Other
- ___ Garnishment
- ___ Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Fees/ Subpoena
- ___ Notice to take Deposition
- ___ Notice
- ___ Petition / Guardianship
- ___ Motion to Modify
- ___ Motion for Leave / To Vacate / Enter
- ___ Motion / Summary Judgement
- ___ Motion / Deficiency Judgement
- ___ Request for Admissions
- ___ Request for Production
- ___ Replevin Notice / Order
- ___ Interrogatories
- ___ Journal Entry / Answer
- ___ Cross / Counter Claim
- ___ Writ / Habeas Corpus
- ___ Letter / Notice to Quit
- ___ Application / Temporary Order
- ___ Order for Hearing

**Method of Service:** Service made pursuant to:  X Oklahoma /Title 12 O.S. Section 158.1   ___ Federal Rule 4  Other _____

(A) That on 8-5-08 at 2:00 am. (pm.) I served the above indicated document (s) on the within named Alex Stallings at 6120 S. Yale Ave - Two Warren Pl ste 700 Tulsa, OK

(B) Additionally, on _____ at _____ am. pm., I served the document (s) indicated on the within named _____ at _____

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**Personal Service**
A by delivering a true copy of said process to the above named and informing such person of their contents.

**Usual Place of Residence**
___ by leaving a copy of said process for the above named with _____ a resident / family member, who is fifteen years of age or older, at the above listed address which is the usual place of residence of the above named entity / individual, and informing such person of their contents.

**Corporation / Partnership / Unincorporated Association / Government Entities, Etc.**
___ by delivering a copy of said process to _____ he / she being the service agent authorized to accept service, managing agent in charge, an officer, a partner, owner, or the Attorney of record for the above named entity / individual, and informing such person of their contents.

**Posted Service**
___ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**No Service / Not Found**
___ Said process WAS NOT SERVED on the above named for reasons stated: ___ Evading Service, ___ Property Vacant, ___ Bad address / No such address, ___ Service Canceled ___ Other _____

**Other Information:** _____

Subscribed and shown to before me this 6 day of Aug 20 08
X. Gordon 3009471 6/30/11
Notary Public / Court Clerk    Comm. Exp.

Undersigned declares under penalty of perjury that the forgoing is true and correct.
Server _____ Date 8-6-08  PSL# 2005-1

CASE # _____    Statement of Fees
Process Fee: $_____    Bad Address / Endeavor: $_____
Rush Fee: $_____    Skip / Locate / Research: $_____    Total $_____
Priority Fee: $_____    Mileage _____ $_____
Additionals: $_____    Filing Fee: _____ $_____
Hourly: $_____    Other: _____ $_____

E2W Private Process Service
State of Oklahoma

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CHARLES D. MAURER SIMP Profit Sharing
Plan F/B/O CHARLES D. MAURER, on Behalf on
Itself and All Others Similarly Situated

V.

Semgroup Energy Partners, L.P., Semgroup
Energy Partners G.P.LLC, Kevin L.Foxx, Gregory
C.Wallace, Alex Stailings, Citigroup Global Market
Inc., and Lehman Brothers Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6598**

TO: (Name and address of Defendant)

See attached list

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               JUL 24 2008

CLERK                                            DATE

_[signature: Catherine Lapsley]_

(By) DEPUTY CLERK