%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CHARLES D. MAURER SIMP Profit Sharing
Plan F/B/O CHARLES D. MAURER, on Behalf on
Itself and All Others Similarly Situated

V.

Semgroup Energy Partners, L.P., Semgroup
Energy Partners G.P.LLC, Kevin L. Foxx, Gregory
C. Wallace, Alex Stallings, Citigroup Global Market
Inc., and Lehman Brothers Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  

TO: (Name and address of Defendant)

See attached list

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 2 4 2008

CLERK                                                 DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-25-08 4:45pm |
| NAME OF SERVER (PRINT) Christopher Dunleavy | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John Doe (security) Citigroup Global Markets Inc., 388 Greenwich St., NY NY 10013

☐ Returned unexecuted:

☒ Other (specify): also sent by Federal Express on 8-1-08 copy of Summons & Complaint to Litigation Department, 1 Court Square 7th Floor, Long Island City

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-08
           Date

Signature of Server: Christopher Dunleavy

Address of Server: 845 Third Ave. NY NY 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**DEFENDANT LIST**

SEMGROUP ENERGY PARTNERS, L.P.
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

KEVIN L. FOXX
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

GREGORY C. WALLACE
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

ALEX STALLINGS
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

CITIGROUP GLOBAL MARKETS INC
388 GREENWICH STREET
NEW YORK, NY 10013

LEHMAN BROTHERS INC.
C/O THE PRENTICE HALL CORPORATION SYSTEMS INC
80 STATE STREET
ALBANY, NY 12207