| STATE OF NEW YORK: | SOUTHERN DIST. COUNTY | U. S. DISTRICT COURT |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX # 08-cv-6598 | AND FILED ON | |
| ATTORNEY(S) Law Offices of Wolf Popper LLP | | |

*Charles D. Maurer SIMP Profit Sharing Plan f/b/o charles d. Maurer, etc.* — Plaintiff(s)/Petitioner(s)

vs

*Semgroup Energy Partners, L.P. et al* — Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on July 29, 2008 at 1:45 pm M at Corporation Service Company, Registered Agent - 80 State St., Albany, NY deponent (did, ~~did not~~) serve the within Summons and Complaint

on: Lehman Brothers Inc. , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A xxxxxx corporation, by delivering thereat a true copy of each to Tonya Chapple personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Agent for Service thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Female Color of skin Black Color of hair Black Approx.Age 36 - 50 Yrs. Approx.Height 5' 4" - 5' 8" Approx. weight 161 - 200 Lbs Other _____

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this 30th day of July, 2008

Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Christopher Warner

Invoice·Work Order # 0814379

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

**DEFENDANT LIST**



SEMGROUP ENERGY PARTNERS, L.P.
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

KEVIN L. FOXX
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

GREGORY C. WALLACE
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

ALEX STALLINGS
C/O SEMGROUP ENERGY PARTNERS G.P. LLC
TWO WARREN PLACE, SUITE 700
6120 SOUTH YALE AVENUE
TULSA, OK 74136

CITIGROUP GLOBAL MARKETS INC
388 GREENWICH STREET
NEW YORK, NY 10013

LEHMAN BROTHERS INC.
C/O THE PRENTICE HALL CORPORATION SYSTEMS INC
80 STATE STREET
ALBANY, NY 12207