```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHARLES D. MAURER SIMP PROFIT SHARING
PLAN F/B/O CHARLES D. MAURER, On Behalf of
Itself and All Others Similarly Situated,

               Plaintiff,

vs.

SEMGROUP ENERGY PARTNERS, L.P.,
SEMGROUP ENERGY PARTNERS G.P. LLC,
KEVIN L. FOXX, GREGORY C. WALLACE,
ALEX STALLINGS, CITIGROUP GLOBAL
MARKETS INC. and LEHMAN BROTHERS, INC.,

               Defendants.
------------------------------------x

No. 08-cv-6598 (PAC) (RLE)

ECF CASE

SCHEDULING
**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of defendants Citigroup Global Markets Inc. and Lehman Brothers, Inc. (the "Stipulating Defendants") and plaintiff, that the time for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned matter is extended from August 14, 2008, until and including October 13, 2008.

Dated: New York, New York
       August 14, 2008

WOLF POPPER LLP

By: /s/ Robert C. Finkel
Robert Craig Finkel (RF2373)
Natalie Marie Mackiel (NM1948)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
*Attorneys for Plaintiffs*

SIDLEY AUSTIN LLP

By: /s/ Robert Pietrzak
Robert Pietrzak
Daniel A. McLaughlin
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
*Attorneys for Defendants Citigroup Global
Markets Inc. and Lehman Brothers, Inc.*

SO ORDERED: AUG 1 8 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE