UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHARLES D. MAURER SIMP PROFIT SHARING    :
PLAN F/B/O CHARLES D. MAURER, on Behalf of : Docket No. 08-cv-6598 (PAC)(RLE)
Itself and All Others Similarly Situated,           :
                                                    : ECF CASE
            Plaintiff                               :
                                                    :
        vs.                                         : **NOTICE OF APPEARANCE**
SEMGROUP ENERGY PARTNERS, L.P.,                     :
SEMGROUP ENERGY PARTNERS G.P. LLC,                  :
KEVIN L. FOXX, GREGORY C. WALLACE,                  :
ALEX STALLINGS, CITIGROUP GLOBAL                    :
MARKETS INC. and LEHMAN BROTHERS, INC.,             :
                                                    :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Ralph A. Siciliano, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants SemGroup Energy Partners G.P., L.L.C., Alex Stallings, and Kevin L. Foxx in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: New York, New York
       August 25, 2008

                                    TANNENBAUM HELPERN
                                    SYRACUSE & HIRSCHTRITT LLP


                                    By:_____/S/ Ralph A. Siciliano_____
                                         Ralph A. Siciliano (RS-2511)

                                    900 Third Avenue
                                    New York, New York 10022
                                    (212) 508-6700
                                    *Attorneys for Defendants*
                                    *SemGroup Energy Partners G.P., L.L.C.,*
                                    *Alex Stallings, and Kevin L. Foxx*

TO:    Robert Craig Finkel, Esq.
Natalie Marie Mackiel, Esq.
Wolf Popper L.L.P.
845 Third Avenue
New York, NY 10022
*Attorneys for Plaintiffs*

Seth T. Taube, Esq.
Maureen Reid, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Defendant*
*SemGroup Energy Partners, L.P.*

A. Robert Pietrzak, Esq.
Daniel A. McLaughlin, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants*
*Citigroup Global Markets Inc. and*
*Lehman Brothers, Inc.*

[840274-1]