UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| CHARLES D. MAURER SIMP PROFIT SHARING PLAN F/B/O CHARLES D. MAURER, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br>SEMGROUP ENERGY PARTNERS, L.P.,<br>SEMGROUP ENERGY PARTNERS G.P. LLC,<br>KEVIN L. FOXX, GREGORY C. WALLACE,<br>ALEX STALLINGS, CITIGROUP GLOBAL<br>MARKETS INC. and LEHMAN BROTHERS, INC., | Docket No. 08-cv-6598 (PAC)(RLE)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that George F. du Pont, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants SemGroup Energy Partners G.P., L.L.C., Alex Stallings, and Kevin L. Foxx in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: New York, New York
       August 25, 2008

                                     TANNENBAUM HELPERN
                                     SYRACUSE & HIRSCHTRITT LLP

                                     By:_____/S/ George F. du Pont_____
                                         George F. du Pont (GD-3240)

                                   900 Third Avenue
                                   New York, New York 10022
                                   (212) 508-6700
                                   *Attorneys for Defendants*
                                   *SemGroup Energy Partners G.P., L.L.C.,*
                                   *Alex Stallings, and Kevin L. Foxx*

TO: Robert Craig Finkel, Esq.
Natalie Marie Mackiel, Esq.
Wolf Popper L.L.P.
845 Third Avenue
New York, NY 10022
*Attorneys for Plaintiffs*

Seth T. Taube, Esq.
Maureen Reid, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Defendant
SemGroup Energy Partners, L.P.*

A. Robert Pietrzak, Esq.
Daniel A. McLaughlin, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants
Citigroup Global Markets Inc. and
Lehman Brothers, Inc.*

[840230-1]