(Crotty/J)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CHARLES D. MAURER SIMP PROFIT SHARING
PLAN F/B/O CHARLES D. MAURER, on Behalf of
Itself and All Others Similarly Situated,

    Plaintiff

vs.

SEMGROUP ENERGY PARTNERS, L.P.,
SEMGROUP ENERGY PARTNERS G.P., L.L.C.,
KEVIN L. FOXX, GREGORY C. WALLACE,
ALEX STALLINGS, CITIGROUP GLOBAL
MARKETS INC. and LEHMAN BROTHERS, INC.,

    Defendants.

No. 08-cv-6598 (PAC) (RLE)

ECF CASE

SCHEDULING
STIPULATION AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of defendants SemGroup Energy Partners, L.P., SemGroup Energy Partners G.P., L.L.C, Kevin L. Foxx, and Alex Stallings (the "Stipulating Defendants") and plaintiff, that the time of the Stipulating Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned matter is extended from August 25, 2008, until and including October 13, 2008. No previous request or stipulation for an extension of time has been filed by the Stipulating Defendants.

Dated: August 25, 2008

SO ORDERED

_____
United States District Judge

DAL01:1023996.1                    1

WOLF POPPER L.L.P.

By: /s/ Robert Craig Finkel
Robert Craig Finkel (RF2373)
Natalie Marie Mackiel (NM1948)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
*Attorneys for Plaintiffs*

BAKER BOTTS L.L.P.

By: /s/
Seth T. Taube (ST6088)
Maureen Reid (MR2326)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Attorneys for Defendant SemGroup Energy Partners, L.P.*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT L.L.P.

By: /s/
Ralph A. Siciliano (RS2511)
George F. du Pont (GD3240)
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084
*Attorneys for Defendants SemGroup Energy Partners G.P., L.L.C., Alex Stallings, and Kevin L. Foxx*

SO ORDERED: AUG 26 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

DAL01:1023096.1

2