IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES D. MAURER SIMP PROFIT SHARING PLAN F/B/O CHARLES D. MAURER, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>SEMGROUP ENERGY PARTNERS, L.P., SEMGROUP ENERGY PARTNERS G.P. LLC, KEVIN L. FOXX, GREGORY C. WALLACE, ALEX STALLINGS, CITIGROUP GLOBAL MARKETS INC. and LEHMAN BROTHERS, INC.,<br><br>Defendants. | No. 08-cv-6598 (PAC) (RLE)<br><br>ECF CASE<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SemGroup Energy Partners G.P., LLC ("SemGroup GP") certifies that the corporate parent of SemGroup GP is SemGroup, L.P., and that, on information and belief, no publicly held corporation owns 10% or more of SemGroup GP's stock.

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT L.L.P.

By: /S/ Ralph A. Siciliano
Ralph A. Siciliano (RS-2511)
George F. du Pont (GD-3240)
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084
*Attorneys for Defendants SemGroup Energy Partners G.P., LLC*