UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES D. MAURER SIMP PROFIT SHARING PLAN F/B/O CHARLES D. MAURER,  Plaintiff,<br><br>-v-<br><br>SEMGROUP ENERGY PARTNERS, L.P., et al.<br>  Defendant. | Case No. 08-cv-6598 (PAC)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

____SemGroup Energy Partners, L.P.____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None, on information and belief. SemGroup Energy Partners, L.P., however, is held 60.6% by public unitholders.

**Date:** September 3, 2008

Signature of Attorney

**Attorney Bar Code:** MR 2326

Form Rule7_1.pdf  SDNY Web 10/2007